

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-12-00502-CV

Trial Court Cause
Number:            0935831

Style:             Kelly R. Ginn, Green-Span Profiles. L.P., Green-Span Management, L.L.C., and BKG Investments, L.L.C.

                   **v** NCI Building Systems, Inc.

Date motion filed[*]:  July 2, 2013

Type of motion:    Appellants/Cross-Appellees Kelly R. Ginn, Green-Span Profiles, L.P.,Green-Span Management, L.L.C., and BKG Investments, L.L.C.'s ("Appellants") Motion to Strike Portions of Reply Brief, and in the alternative, Motion for Leave to File Response

Party filing motion:  Appellants/Cross-Appellees

Document to be filed:

Is appeal accelerated? ☐ YES     ☒ NO

Ordered that motion is:

☐ Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other:  Granted in Part and Denied in part. Appellant's motion to strike portions of the Reply Brief is denied. Appellant's motion for leave is granted in part; Appellants may file a supplemental brief, responsive only to pages 1-7 of NCI's reply brief, not to exceed 4 pages, to be filed on or before July 29, 2013

Judge's signature: /s/ Michael Massengale
                ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: July 5, 2013